IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RISSO; A.R., by and through her guardian ad litem,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF EL DORADO; GARY MATTHIES; GLORIA MAGANA; TRUDY KILIAN;<br><br>        Defendants. | 2:07-cv-451-GEB-DAD<br><br><br><br>ORDER |

On June 18, 2007, Plaintiff Mark Risso (Plaintiff A.R.'s father) filed an amended motion to appoint Linda Risso (his mother and Plaintiff A.R.'s grandmother) as guardian ad litem for A.R. On July 27, 2007, Defendants filed a notice of non-opposition to the motion. Accordingly, Linda Risso is appointed as the guardian ad litem for A.R. in the above-entitled action.

IT IS SO ORDERED.

Dated: August 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge