1    ROBERT R. POWELL, ESQ.  CSB#159747
     DENNIS R. INGOLS, ESQ.   CSB#236458
2    LAW OFFICES OF ROBERT R. POWELL
     925 West Hedding Street
3    San José, California  95126
     T: 408-553-0200 F: 408-553-0203
4

5    Attorneys for Plaintiffs
     MARK RISSO and A.R. through
6    Guardian Ad Litem Linda Risso

7

8                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9                            (Sacramento Division)

10   MARK RISSO, et al              )      Case #  2:07-cv-00451-GEB-DAD
                                    )
11              Plaintiffs,         )
                                    )
12   vs.                           )      STIPULATION AND ORDER OF THE
                                    )      COURT RE: RE-JOINDER AND SERVICE
13                                  )      OF DEFENDANTS CARVOR AND
     COUNTY OF EL DORADO, et al.     )      CITY OF PLACERVILLE
14   and Does 1-10 inclusive.        )
                                    )
15              Defendants.         )
                                    )
16   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

17        The parties hereto, in consultation with their respective counsel, and upon good faith

18   negotiations and communications with regard to the underlying facts and circumstances upon

19   which plaintiffs complaint in this action was filed, hereby stipulate and agree as follows and

20   respectfully request this court order same;

21   1.    The plaintiffs re-join as defendants the City of Placerville and Todd Carvor.

22   2.    The plaintiffs dismiss without prejudice any claims for punitive damages

23   against Mr. Carvor.

24   3.    The defendants waive the requirement of being re-served with the complaint,

25   //

Stipulation and Order                          1
RISSO V. COUNTY OF EL DORADO
U.S. District Court – Eastern District of California
Case No. 2:06-CV-00451-GEB-DAD

1    and are deemed served as of the date of their signature on this Stipulation and Order.

2    IT IS SO STIPULATED.

3

4    Date: August 17, 2007                          _/s/ Bruce Kilday_(authorized 8-17-07)
                                                     Bruce Kilday – Attorney for
5                                                    City of Placerville and Todd Carvor

6

7

8    Date: August 21, 2007                          _/s/ Frank Gumpert (authorized 8-21-07)_
                                                     Frank Gumpert – Attorney for
9                                                    County of El Dorado, Gary Matthies,
                                                     Gloria Magana, and Trudy Killian

10

11

12   Dated: August 20, 2007                         __/s/  Robert R. Powell_____
                                                     ROBERT R. POWELL, ESQ.
                                                     Attorney for Plaintiffs

13

14

15                                ORDER OF THE COURT

16           Based on the foregoing stipulation of the parties, and good cause appearing

17   therefore, the Court hereby adopts the stipulation of the parties as an Order of this Court.

18   IT IS SO ORDERED.

19   Dated: August 22, 2007

20

21                                         GARLAND E. BURRELL, JR.
                                           United States District Judge

22

23

24

25

Stipulation and Order                      2
RISSO V. COUNTY OF EL DORADO
U.S. District Court – Eastern District of California
Case No. 2:06-CV-00451-GEB-DAD