IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK RISSO, et al.,

    Plaintiffs,                              No. CIV S-07-0451 DAD

    v.

COUNTY OF EL DORADO, et al.,      ORDER SETTING FURTHER STATUS
                                                    (PRETRIAL SCHEDULING)
    Defendants.                        CONFERENCE

_____/

       This action has been reassigned to the undersigned for all further proceedings. Good cause appearing, a Further Status (Pretrial Scheduling) Conference is set for **April 4, 2008, at 11:00 a.m.** in Courtroom No. 27. The parties shall file a joint status report on or before March 31, 2008. Parties may appear at the status conference telephonically. To arrange telephonic appearance, the parties shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least forty-eight hours prior to the status conference. IT IS SO ORDERED.

DATED: March 12, 2008.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\risso0451.ossc