**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
3400 Cottage Way, Suite Q
Sacramento, CA  95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants
COUNTY OF EL DORADO, GARY MATTHIES,
GLORIA MAGANA and TRUDY KILIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RISSO, individually, and as Guardian Ad Litem for his minor child, A.R.,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO, CITY OF PLACERVILLE, GARY MATTHIES, GLORIA MAGANA, DEBRA THURLOW, TRUDY KILLIAN, TODD CARVOR and DOES 1-10, inclusive,<br><br>          Defendants._____/ | No. CIV S-07-00451-DAD<br><br>STIPULATION FOR DISMISSAL AND ORDER THEREON |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

   IT IS HEREBY STIPULATED between counsel for Plaintiffs MARK RISSO and LINDA RISSO as Guardian ad Litem of A.R., Defendants CITY OF PLACERVILLE and TODD CARVER, and Defendants COUNTY OF EL DORADO, GARY MATTHIES, TRUDY KILIAN and GLORIA MAGANA, that Defendants TODD CARVER, GARY MATTHIES, TRUDY KILIAN and GLORIA MAGANA shall be dismissed as party Defendants, with prejudice.

///

1

```
DATED: July 7, 2008            LAW OFFICE OF ROBERT R. POWELL

                          By:  /s/ Robert R. Powell
                               ROBERT R. POWELL, #159747
                               Attorneys for Plaintiffs
                               MARK RISSO, individually, and
                               LINDA RISSO as Guardian ad Litem
                               of A.R.


DATED: July 7, 2008            BARKETT & GUMPERT
                               Attorneys at Law


                          By:  /s/ Franklin G. Gumpert
                               FRANKLIN G. GUMPERT, # 66051
                               Attorneys for Defendants COUNTY
                               OF EL DORADO, GARY MATHIES, TRUDY
                               KILIAN and GLORIA MAGANA

DATED: July 22, 2008           ANGELO, KILDAY & KILDUFF


                          By:  /s/ Bruce A. Kilday
                               BRUCE A. KILDAY, #66415
                               Attorneys for Defendants
                               CITY OF PLACERVILLE and TODD
                               CARVER
```

## ORDER

The parties having stipulated that defendants TODD CARVER, GARY MATTHIES, TRUDY KILIAN and GLORIA MAGANA be dismissed with prejudice as party defendants and good cause appearing therefor, IT IS SO ORDERED.

DATED: August 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/risso0451.stipord.dism

2