```
 1  FRANKLIN G. GUMPERT, #66051
    BARKETT & GUMPERT
 2  Attorneys at Law
    3400 Cottage Way, Suite Q
 3  Sacramento, CA  95825
    Telephone: (916) 481-3683
 4  Facsimile: (916) 481-3948

 5  Attorneys for Defendants
    COUNTY OF EL DORADO, GARY MATTHIES,
 6  GLORIA MAGANA and TRUDY KILIAN

 7
                    UNITED STATES DISTRICT COURT
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9

10  MARK RISSO, individually, and        No. CIV S-07-00451-DAD
    as Guardian Ad Litem for his
11  minor child, A.R.,                   STIPULATION FOR DISMISSAL
                                         AND ORDER THEREON
12          Plaintiffs,

13  vs.

14  COUNTY OF EL DORADO, CITY OF
    PLACERVILLE, GARY MATTHIES,
15  GLORIA MAGANA, DEBRA THURLOW,
    TRUDY KILLIAN, TODD CARVOR and
16  DOES 1-10, inclusive,

17          Defendants.
                                      /
18
```

19   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

20           IT IS HEREBY STIPULATED between counsel for Plaintiffs

21   MARK RISSO and LINDA RISSO as Guardian ad Litem of A.R.,

22   Defendants CITY OF PLACERVILLE and TODD CARVER, and Defendants

23   COUNTY OF EL DORADO, GARY MATTHIES, TRUDY KILIAN and GLORIA

24   MAGANA, that Defendants TODD CARVER, GARY MATTHIES, TRUDY KILIAN

25   and GLORIA MAGANA shall be dismissed as party Defendants, with

26   prejudice.

27   ///

28
                                    1

| | | |
|---|---|---|
| DATED: July 7, 2008 | | LAW OFFICE OF ROBERT R. POWELL |
| | By: | /s/ Robert R. Powell |
| | | ROBERT R. POWELL, #159747 |
| | | Attorneys for Plaintiffs |
| | | MARK RISSO, individually, and LINDA RISSO as Guardian ad Litem of A.R. |
| DATED: July 7, 2008 | | BARKETT & GUMPERT |
| | | Attorneys at Law |
| | By: | /s/ Franklin G. Gumpert |
| | | FRANKLIN G. GUMPERT, # 66051 |
| | | Attorneys for Defendants COUNTY OF EL DORADO, GARY MATHIES, TRUDY KILIAN and GLORIA MAGANA |
| DATED: July 22, 2008 | | ANGELO, KILDAY & KILDUFF |
| | By: | /s/ Bruce A. Kilday |
| | | BRUCE A. KILDAY, #66415 |
| | | Attorneys for Defendants |
| | | CITY OF PLACERVILLE and TODD CARVER |

## **ORDER**

The parties having stipulated that defendants TODD CARVER, GARY MATTHIES, TRUDY KILIAN and GLORIA MAGANA be dismissed with prejudice as party defendants and good cause appearing therefor, IT IS SO ORDERED.

DATED: August 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/risso0451.stipord.dism

2