**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
rpowell@rrpassociates.com

Attorneys for Plaintiffs
MARK RISSO, and A.R. through
Guardian Ad Litem Linda Risso

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| MARC RISSO, et al. ) | Case Number:  2:07-CV-00451-DAD |
| ) | |
| Plaintiffs, ) | ORDER APPROVING MINOR'S |
| ) | COMPROMISE OF CLAIMS |
| vs. ) | |
| ) | |
| COUNTY OF EL DORADO, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Following a settlement conference presided over by the undersigned, plaintiffs herein, by and through their counsel, submitted a Petition for Court Approval of Minor's Compromise of Claims ("Petition") on July 18, 2008, pertaining to a settlement that all plaintiffs had reached with the County of El Dorado and the City of Placerville.  The Petition was noticed for hearing on August 22, 2008.  On July 22 and July 23, 2008, counsel for defendants filed statements of non-opposition to plaintiffs' Petition.  In his declaration in support of the Petition, plaintiffs' counsel has requested that the court approve the minor's compromise without a hearing.

Upon review of the file and consideration of plaintiffs' Petition, the declaration of plaintiffs' counsel and supporting documentation submitted therewith, and the statements of

non-opposition by defendants provided to the Court prior to the making of this Order, the Court does hereby find that a hearing on the Petition is unnecessary.  The Court also finds that good cause has been established for the proposed attorney fees award in excess of 25% of the total settlement.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The minor Plaintiff's claims against the Defendant County of El Dorado, the Defendant City of Placerville, and the individually named employee-defendants thereof, as compromised pursuant to the terms of the Settlement Agreement and General Release (as described in the Petition) and the Non-Qualified Assignment and Release (of Periodic Payment Obligation, Ex. A to the Declaration of Robert R. Powell), is approved.

2. Plaintiffs' counsel may attach the fully-executed settlement documents, when obtained, to this Order for purposes of submitting same to The Allstate Life Insurance Company and/or Allstate International Assignments, Ltd.

3. The Court approves the distribution of attorneys' fees to Plaintiffs' counsel as set forth in the Petition.

4. The Court approves of the dismissal of all claims, of all Plaintiffs, as against all Defendants, with prejudice.  Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

5. The hearing set for August 22, 2008, at 10:00 a.m. before the undersigned is vacated.

DATED:  August 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/risso0451.ord.rev

ORDER RE: PETITION FOR MINOR'S COMPROMISE
U.S. District Court – Eastern District of California
Case No. 2:07-CV-00451-DAD