**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
3400 Cottage Way, Suite Q
Sacramento, CA 95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendants
COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK RISSO, individually, and as Guardian Ad Litem for his minor child, A.R.,

Plaintiffs,

vs.

COUNTY OF EL DORADO, CITY OF PLACERVILLE, GARY MATTHIES, GLORIA MAGANA, DEBRA THURLOW, TRUDY KILLIAN, TODD CARVOR and DOES 1-10, inclusive,

Defendants.
_______________________________/

No. CIV S-07-00451-DAD

STIPULATION FOR DISMISSAL AND ORDER THEREON

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED between counsel for Plaintiffs MARK RISSO and LINDA RISSO as Guardian ad Litem of A.R., Defendant CITY OF PLACERVILLE and Defendant COUNTY OF EL DORADO, that Defendants CITY OF PLACERVILLE and COUNTY OF EL DORADO shall be dismissed as Defendants, with prejudice.

DATED: November 10, 2008 LAW OFFICE OF ROBERT R. POWELL

By: /s/ Robert R. Powell
ROBERT R. POWELL, #159747
Attorneys for Plaintiffs
MARK RISSO and LINDA RISSO as Guardian ad Litem of A.R.

DATED: November 12, 2008

BARKETT & GUMPERT
Attorneys at Law

By: /s/ Franklin G. Gumpert
FRANKLIN G. GUMPERT, # 66051
Attorneys for Defendant COUNTY OF EL DORADO

DATED: November 12, 2008

ANGELO, KILDAY & KILDUFF

By: /s/ Bruce A. Kilday
BRUCE A. KILDAY, #66415
Attorneys for Defendant
CITY OF PLACERVILLE

**ORDER**

The parties having stipulated and good cause appearing therefor, IT IS SO ORDERED.

DATED: December 9, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/risso0451.dism